UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WYMAN WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO: 3:22-cv-00030 |
| | ) |
| UTLEY INC., a corporation, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

**COUNT I**
(Negligence)
Wyman Wilson v. Utley, Inc., a corporation

Now comes the Plaintiff, Wyman Wilson, by and through his attorneys, Rich, Rich, Cooksey & Chappell, P.C., and for his cause of action against the Defendant, Utley, Inc., a corporation, respectfully represents unto the Court as follows:

1. That the Plaintiff, Wyman Wilson, is a citizen of Cairo, in Alexander County, in the State of Illinois.

2. That the Defendant, Utley, Inc., a corporation, is a Missouri corporation with its principal place of business located in Missouri.

3. That the amount in controversy exceeds the sum of value of $75,000.00, exclusive of costs and interest.

4. That jurisdiction of this Court is proper under 28 U.S.C. §1332, diversity of citizenship.

5. That on October 6, 2021, the Plaintiff was operating a motor vehicle traveling Southbound on I-57, near its intersection with Mounds Road in the City of Mounds, the County of Pulaski, and the State of Illinois.

6. That on October 6, 2021, the Defendant, Utley, Inc., a corporation, by and through its agent and employee, was operating a motor vehicle traveling Southbound on I-57, near its intersection with Mounds Road in the City of Mounds, the County of Pulaski, and the State of Illinois.

7. That at said time and place, the vehicle operated by the Defendant, Utley, Inc., a corporation, by and through its agent and employee, struck the rear of Plaintiff's vehicle.

8. That at said time and place, the Defendant, by and through its agent and employee, committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the collision to occur:

    a. The Defendant failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of the Plaintiff;

    b. The Defendant failed to keep his vehicle under proper control;

    c. The Defendant drove his vehicle in such a manner that it caused a collision between Plaintiff and Defendant;

    d. The Defendant failed to properly apply the brakes of his vehicle;

    e. The Defendant operated his vehicle at an excessive rate of speed which was greater than was reasonable and proper having regard for the traffic then and there upon said highway and the condition of said highway; and

    f. The Defendant followed the Plaintiff's vehicle more closely than was reasonable and proper having regard for the speed of such vehicle and the traffic then and there upon said highway and the condition of the highway.

9. That as a direct and proximate result of one or more of the foregoing acts of negligence and/or omissions of the Defendant, Utley, Inc., a corporation, by and through its agent and employee, the Plaintiff was injured in one or more of the following ways:

a. The Plaintiff was made sick, sore, lame, disordered and disabled and suffered extensive injuries to his head, body, and limbs, both internally and externally;

b. The Plaintiff received injuries to his neck;

c. The Plaintiff received injuries to the soft tissues of the cervical, shoulder, and lumbar area, including the muscles, ligaments, tendons and nerves;

d. The Plaintiff has expended money for necessary medical care, treatment and services and will be required to expend money for medical care, treatment and services in the future;

e. The Plaintiff has suffered disability as a result of his injuries;

f. The Plaintiff has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries; and

g. The Plaintiff has lost money from the loss of wages and will suffer an impairment of future earning capacity.

WHEREFORE, the Plaintiff, Wyman Wilson, prays judgment against the Defendant, Utley, Inc., a corporation, for a fair and just award in excess of Seventy-five Thousand Dollars ($75,000.00) plus costs of this suit.

                Respectfully submitted,

                /s/ Thomas C. Rich
                BY: RICH, RICH, COOKSEY & CHAPPELL, P.C.
                Mr. Thomas C. Rich #06186229
                Mrs. Kristina D. Cooksey #6299549
                Mrs. Michelle M. Rich #6310004
                Mr. Aaron J. Chappell #6311028
                Attorneys at Law
                6 Executive Drive, Suite 3
                Fairview Heights, IL 62208
                618-632-0044 PHONE
                618-632-9749 FAX
                team@rrccfirm.com